■ WINSTON CHIU, Appellant, v MAN CHOI CHIU et al., Respondents. [938 NYS2d 900]

The Supreme Court properly denied that branch of the plaintiff's motion which was for summary judgment declaring that his interest in the subject limited liability company was at least 25% (*see Man Choi Chiu v Chiu*, 92 AD3d 922 [2012] [decided herewith]). Rivera, J.P., Roman, Sgroi and Cohen, JJ., concur.